IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MARTHA YOUNG,<br><br>    **Plaintiff,**<br><br>v.<br><br>MONTEREY FINANCIAL SERVICES LLC,<br>EXPERIAN INFORMATION SOLUTIONS INC.<br>and EQUIFAX INFORMATION SERVICES LLC,<br><br>    **Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    **CASE NO:**<br>    **1:23-cv-206-WLS** |

## **ORDER**

The Court received Notice of Settlement as to Defendant Equifax Information Services, LLC (Doc. 8) filed on February 8, 2024, on behalf of Plaintiff, and advising that Plaintiff and Equifax Information Services, LLC ("Equifax") have reached a settlement. The Court also received Notice of Settlement as to Defendant Experian Information Solutions, Inc. (Doc. 10) filed February 21, 2024 on behalf of Plaintiff, and advising that Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") have reached a settlement.[1]

The Notices advise the Court that the settlement documents and dismissal of claims against the Defendants Equifax and Experian will be finalized within sixty days of the respective Notices.

Accordingly, is hereby **ORDERED** that:

1. On or before **Wednesday, April 10, 2024**, the Plaintiff and Equifax shall complete settlement documents and dismissal of claims against Equifax. In the event settlement documents have not been finalized, the parties shall file, by that same date, a report notifying the Court of the status of completing settlement and why additional time is required.

2. On or before **Tuesday, April 23, 2024**, the Plaintiff and Experian shall complete settlement documents and dismissal of claims against Experian. In the event

---

[1] Plaintiff's claims against Monterey Financial Services, LLC remain pending.

1

settlement documents have not been finalized, the parties shall file, by that same date, a report notifying the Court of the status of completing settlement and why additional time is required.

**SO ORDERED**, this 22nd day of February 2024.

<u>/s/ W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2