IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

MARTHA YOUNG,                              *

              Plaintiff,               *

v.                                                          Case No.   1:23-CV-206(WLS)

                              *

MONTEREY FINANCIAL SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS,          *
INC., and EQUIFAX INFORMATION
SERVICES, LLC,                              *

              Defendants.

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated March 25, 2024, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 25th day of March, 2024.

David W. Bunt, Clerk


s/ William C. Lawrence, Deputy Clerk